UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHERINE MOZO VILLA,<br><br>                Petitioner,<br><br>      v.<br><br>WARDEN ELISEO RICOLCOL,<br><br>                Respondent. | Case No. 5:24-cv-02050-DDP-SSC<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that this action is dismissed without prejudice for Petitioner's failure to prosecute and comply with court orders and the Local Rules.

DATED: May 5, 2025 _____

HONORABLE DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE